# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 19, 2012

Lyle W. Cayce
Clerk

No. 11-51114
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERTO MORA-SEPULVEDA, also known as Walter Nunez, also known as
Tulio Ochoa Torres, also known as Robert Sepulveda Mora,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:11-CR-1865-1

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Roberto Mora-Sepulveda raises
an argument that he concedes is foreclosed by *United States v. Gomez-Herrera*,
523 F.3d 554, 562-63 (5th Cir. 2008), which rejected the argument that fast track
programs create unwarranted disparities between defendants in districts that
have the programs and defendants in districts that do not have such programs.
The Government's motion for summary affirmance is GRANTED, its alternative

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-51114

motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.